UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR LOPEZ, o/b/o Himself And All Other
Persons Similarly Situated,

                Plaintiff,

-against-

180 TENTH HOTEL, LLC,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 8 2019

<u>ORDER</u>

19 Civ. 2716 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       June 17, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge