UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

VICTOR LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED

        Plaintiff,

v.

180 TENTH HOTEL, LLC D/B/A THE HIGHLINE
HOTEL

        Defendant.

------------------------------------X

Index No.: 19-cv-02716

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, VICTOR LOPEZ, and Defendants, 180 TENTH HOTEL, LLC D/B/A THE HIGHLINE HOTEL, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
      July 15, 2019

**SESSIONS, FISHMAN, NATHAN & ISRAEL**

_____
Aaron R. Easley, Esq.
3 Cross Creek Drive
Flemingon, New Jersey 08822
(908) 237-1660
Attorneys for Defendants

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

_____
George B. Daniels
United States District Court Judge    JUL 1 7 2019